```
1  Stephen G. Recordon (SBN 91401)
2  Recordon & Recordon
   225 Broadway, Suite 1900
3  San Diego, CA  92101
4  Phone: (619) 232-1717
   Facsimile: (619) 232-5325
5  sgrecordon@aol.com
6
7  Attorneys for Plaintiff JANET HEATHMAN
8
9
               UNITED STATES DISTRICT COURT
10
               SOUTHERN DISTRICT OF CALIFORNIA
11
12
   JANET HEATHMAN,            )   CASE NO. 12-CV-00515 IEG RBB
13                            )
              Plaintiff,      )   NOTICE OF MOTION
14                            )
                              )
15 vs.                        )
                              )
16                            )
   PORTFOLIO RECOVERY         )   DATE:  May 6, 2013
17 ASSOCIATES, LLC,           )   TIME:  10:30 A.M
                              )   PLACE: Courtroom 4-D
18                            )
              Defendants.     )   JUDGE: Hon. Irma E. Gonzalez
19                            )
20 _____ )
```

21  **TO: All Interested Parties and Their Attorneys of Record:**

22       NOTICE IS HEREBY GIVEN that on Monday, May 6, 2013, at 10:30 AM,

23  or as soon thereafter as the matter may be heard, Plaintiff will appear in this action

24  and move the above-entitled court, located at U.S. Federal Building Courthouse,

25  Southern District of California, 940 Front Street, San Diego, California, for an order

26  granting a motion for summary judgment in favor of Plaintiff.

27  ///

28  ///

1    This motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: March 4, 2013          /s/ Stephen G. Recordon
                                        STEPHEN G. RECORDON
                                        Attorney for Plaintiff