Stephen G. Recordon (SBN 91401)
Recordon & Recordon
225 Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325
sgrecordon@aol.com

Attorneys for Plaintiff JANET HEATHMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HEATHMAN,<br><br>               Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>               Defendants. | CASE NO. 12-CV-00515 IEG RBB<br><br>PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>DATE:    May 6, 2013<br>TIME:    10:30 A.M<br>PLACE:  Courtroom 4-D<br>JUDGE:  Hon. Irma E. Gonzalez |

///
///
///
///
///
///
///

Plaintiff Janet Heathman requests that this Court take judicial notice of the following documents, pursuant to Federal Code of Evidence §201:

1. Exhibit A, a copy of the April 11, 2011 Complaint filed by Defendant Portfolio Recovery Associates, LLC in the Superior Court of California for the County of San Diego, in the matter entitled "Portfolio Recovery Associates, LLC v. Heathman" and assigned case number 37-2011-00089382-CL-CL-CTL.

Respectfully submitted,

Dated: March 4, 2013

/s/ Stephen G. Recordon
STEPHEN G. RECORDON
Attorney for Plaintiff