Stephen G. Recordon (SBN 91401)
Recordon & Recordon
225 Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 232-1717
Facsimile: (619) 232-5325

Attorneys for Plaintiff JANET HEATHMAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET HEATHMAN,         ) | CASE NO. 12-cv-00515 IEG (RBB) |
|                             ) | |
|                Plaintiff,    ) | DECLARATION OF STEPHEN G. |
|                             ) | RECORDON IN SUPPRT OF |
| vs.                          ) | PLAINTIFF'S MOTION FOR |
|                             ) | SUMMARY JUDGMENT |
| PORTFOLIO RECOVERY      ) | |
| ASSOCIATES, LLC,         ) | |
|                             ) | |
|              Defendant.   ) | |

I, Stephen G. Recordon, am an attorney licensed to practice law in the state of California. I am counsel for Plaintiff Janet Heathman in the matter described above, and was counsel for Janet Heathman in her capacity as Defendant in the California state court action preceding this case, entitled Portfolio Recovery Associates, LLC v. Heathman, case number 37-2011-00089382-CL-CL-CTL. I know personally of the matters below, and if called to testify under oath in this matter could and would competently testify as follows:

     1.    I represented Janet Heathman in her capacity as Defendant in the California state court action entitled *Portfolio Recovery Services, LLC v. Heathman,* and assigned case number 37-2011-00089382-CL-CL-CTL ("State Court Action"), a collection action based on a claim of a debt on a credit card account.

2.      On or about June 21, 2012, as part of the discovery process in the above State Court Action, my office served a Request for a Bill of Particulars on CIR Law Offices, LLP, counsel for Portfolio Recovery Associates, LLC ("PRA") in the above State Court Action.

3.      A true and correct copy of the above Request for a Bill of Particulars is attached hereto as Exhibit A.

4.      On or about July 7, 2012, CIR Law Offices served my office with a document entitled "Plaintiff's Response to Defendant's Request for a Bill of Particulars," in which PRA indicated that the account at issue in the above State Court Action was a consumer credit card account with Chase Manhattan Bank USA, NA.

5.      A true and correct copy of the above "Plaintiff's Response to Defendant's Request for a Bill of Particulars" is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 4th day of March, 2013, in San Diego, California.

STEPEHEN G. RECORDON
Counsel for Plaintiff
JANET HEATHMAN